<u>AFFIDAVIT OF AMBER NICOLE REESE</u>

1.

I am AMBER NICOLE REESE, a competent adult over the age of eighteen laboring under no disabilities and otherwise competent to give this affidavit.

2.

My personal address is 1100 Billy McGee Road, Lawrenceville, GA 30045.

3.

I am unemployed and do not receive any paychecks or have any proof of income. My only source of income is the bi-weekly child support that I receive from my ex-husband.

FURTHER AFFIANT SAYETH NOT.

*/s/ Amber Reese*
_____
AMBER NICOLE REESE