**IT IS ORDERED as set forth below:**



**Date: October 5, 2022**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Amber Nicole Reese, | ) Chapter 7 |
| aka Amber Smith, | ) Case No. 22-56207-pmb |
| | ) |
| Debtor | ) |
| Select Portfolio Servicing, Inc., as servicer for | ) |
| U.S. Bank National Association, not in its individual | ) |
| capacity but solely in its capacity as Indenture Trustee | ) |
| of CIM Trust 2021-NR1 | ) |
| Movant, | ) |
| v. | ) |
| | ) |
| Amber Nicole Reese aka Amber Smith, Debtor | ) |
| S. Gregory Hays., Trustee | ) |
| Respondents. | ) |

**ORDER MODIFYING STAY ON MOTION FOR RELIEF FROM STAY**

On August 31, 2022, Select Portfolio Servicing, Inc as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee CIM Trust 2021-NR1, (the "<u>Movant</u>") filed *a Motion for Relief from Stay* with respect to Debtor's real

property located at 25 GUM CREEK LANDING OXFORD Georgia 30054 (the "Property") (Doc.8) which was set for hearing October 3, 2022, upon Notice which Movant contends was given to each of the above captioned parties in interest. No opposition to the Motion was filed or presented at the hearing; Accordingly, it is hereby

ORDERED that the automatic stay is modified as to the Property to allow Movant to proceed to assert its state law and contract rights, including but not limited to the institution and completion of foreclosure proceedings, dispossession and collection of reasonable fees; provided, however that any funds in excess of the lawful claim of Movant under its Note and Security Deed shall be paid promptly to Trustee herein for the benefit of the Estate. It is further

ORDERED that the provisions of Bankruptcy Rule 4001(A)(3) are waived so that this Order will be immediately effective upon entry.

[END OF DOCUMENT]

PREPARED AND SUBMITTED BY:
**/s/Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385; Fax: (404) 252-6394
rmaner@rbmlegal.com
**Attorney for Movant**

## DISTRIBUTION LIST

Amber Nicole Reese
1100 Billy McGee Road
Lawrenceville, GA 30045

Susan S. Blum
Ginsberg Law Offices, P.C.
1854 Independence Square
Atlanta, GA 30338

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305