**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 7 |
| AMBER NICOLE REESE, ) | |
| ) | Case No. 22-56207-pmb |
| Debtor. ) | |
| ) | Judge Baisier |
| _____ ) | |

**AMENDMENTS TO CHAPTER 7 PETITION – SCHEDULE J AND FORM 122A-1**

Comes now, AMBER NICOLE REESE, Debtor, and files these amendments to her Chapter 7 petition as follows:

1.

This case was filed on August 10, 2022. The 341 meeting of creditors was held on September 13, 2022.

2.

Debtor hereby amends Schedule J (Expenses) and Form 122A-1 (Chapter 7 Statement of Current Monthly Income) of her petition to note that her dependent daughter aged 9 lives with her father in the property located at 25 Gum Creek Landing, Oxford, Georgia 30054. The amended 122A-1 uses a median income for a household of two.

3.

Debtor is also submitting the amended Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, and Creditor Matrix.

WHEREFORE, Debtor prays that this Court accept the foregoing amendments.

Date: October 31, 2022.

                                        Respectfully submitted,
                                        GINSBERG LAW OFFICES, P.C.

                                        by:  ___/s/ Susan S. Blum_____
                                        Susan S. Blum
                                        GA Bar No. 111315

1854 Independence Square
Atlanta, GA 30360
770-393-4985
blumlawfirm@gmail.com

## Verification

I, AMBER NICOLE REESE, Debtor in the above-styled Chapter 7 case certify that the foregoing amendments are true and correct to the best of my knowledge.

Date: October 31, 2022.

        /s/_____
        Amber Nicole Reese
        Debtor

## CERTIFICATE OF SERVICE

I, Susan S. Blum, certify that I served copies of Debtor's First Amendments to Chapter 7 Petition – Amendments to Schedule J and Form 122A-1 by U.S. Mail, with adequate postage thereon, by e-mail and/or electronically through the CM/ECF Noticing System addressed to the following:

Chapter 7 Trustee
S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, Ste 555
Atlanta, GA 30305

United States Trustee
Russell Federal Bldg.
75 Spring Street, 3rd Floor
Atlanta, GA 30303

*And to all creditors on attached mailing matrix*

DATED:  10/31/22                      BY:  /s/ Susan S. Blum
                                                               Susan S. Blum
                                                               Attorney for Debtor
                                                               GA Bar No. 111315

Ginsberg Law Offices, P.C.
1854 Independence Square
Atlanta, GA 30338
(770) 393-4985
blumlawfirm@gmail.com

Fill in this information to identify your case:

Debtor 1: **Amber Nicole Reese**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known): **22-56207**

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 9 | ■ No ☐ Yes |
   | Daughter | 14 | ☐ No ■ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.  4. $ 450.00

   **If not included in line 4:**

   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 17.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 0.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ 0.00

| Debtor 1 | Amber Nicole Reese | Case number (if known) | 22-56207 |
|---|---|---|---|

6. **Utilities:**
  - 6a. Electricity, heat, natural gas — 6a. $ 100.00
  - 6b. Water, sewer, garbage collection — 6b. $ 25.00
  - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 265.00
  - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 500.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 125.00
10. **Personal care products and services** — 10. $ 0.00
11. **Medical and dental expenses** — 11. $ 25.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 300.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 0.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
  - 15a. Life insurance — 15a. $ 0.00
  - 15b. Health insurance — 15b. $ 0.00
  - 15c. Vehicle insurance — 15c. $ 97.00
  - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
  - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
  - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
  - 17c. Other. Specify: — 17c. $ 0.00
  - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
  - 20a. Mortgages on other property — 20a. $ 0.00
  - 20b. Real estate taxes — 20b. $ 0.00
  - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
  - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
  - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: Children's extracurricular activities, incl band — 21. +$ 100.00

22. **Calculate your monthly expenses**
  - 22a. Add lines 4 through 21. — $ 2,004.00
  - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
  - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 2,004.00

23. **Calculate your monthly net income.**
  - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 947.00
  - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 2,004.00
  - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ -1,057.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.
   ☐ Yes.    Explain here:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Amber Nicole Reese** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 22-56207 | | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................................  $ **207,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B..................................................................  $ **9,330.00**

   1c. Copy line 63, Total of all property on Schedule A/B..........................................................................  $ **216,330.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **143,027.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................  $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.........................  $ **50,076.09**

   **Your total liabilities**  $ **193,103.09**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................  $ **947.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.....................................................................  $ **2,004.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Official Form 106Sum     Summary of Your Assets and Liabilities and Certain Statistical Information     page 1 of 2

| Debtor 1 | **Amber Nicole Reese** | Case number *(if known)* **22-56207** |
|---|---|---|

the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.     $ **947.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

Debtor 1: **Amber Nicole Reese**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): **22-56207**

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Amber Nicole Reese**
**Amber Nicole Reese**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **October 31, 2022**

Date _____

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Amber Nicole Reese |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (if known) | 22-56207 |

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income                                       12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 947.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
|---|---|---|---|

| Debtor 1 | Amber Nicole Reese | Case number (*if known*) | 22-56207 |
|---|---|---|---|

|   | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ 0.00 | $ |
|    | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
|    | For you    $ 0.00 | | |
|    | For your spouse    $ | | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ 0.00 | $ |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.. | | |
|    | . _____ | $ 0.00 | $ |
|    | _____ | $ 0.00 | $ |
|    | Total amounts from separate pages, if any. | + $ 0.00 | $ |
| 11. | **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 947.00 | + $ _____ = $ 947.00 |
|    | | | **Total current monthly income** |

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11.................**Copy line 11 here=>**  $ 947.00

    Multiply by 12 (the number of months in a year)   **x 12**

    12b. The result is your annual income for this part of the form   12b.  $ 11,364.00

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.   **GA**

    Fill in the number of people in your household.   **2**

    Fill in the median family income for your state and size of household.   13.  $ 71,504.00
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*.
    Go to Part 3. Do NOT fill out or file Official Form 122A-2.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
    Go to Part 3 and fill out Form 122A–2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  /s/ Amber Nicole Reese
**Amber Nicole Reese**
Signature of Debtor 1

| Debtor 1 | **Amber Nicole Reese** | Case number (*if known*) | **22-56207** |
|---|---|---|---|

Date **October 31, 2022**
  MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Debtor 1 | **Amber Nicole Reese** | Case number (*if known*) | **22-56207** |
|---|---|---|---|

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **02/01/2022** to **07/31/2022**.

**Line 4 - Child support income (including foster care and disability)**
Source of Income: **Child support**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **02/2022** | **$947.00** |
| 5 Months Ago: | **03/2022** | **$947.00** |
| 4 Months Ago: | **04/2022** | **$947.00** |
| 3 Months Ago: | **05/2022** | **$947.00** |
| 2 Months Ago: | **06/2022** | **$947.00** |
| Last Month: | **07/2022** | **$947.00** |
| | Average per month: | **$947.00** |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 22-56207-pmb<br>Northern District of Georgia<br>Atlanta<br>Mon Oct 31 13:29:16 EDT 2022 | Ad Astra Recovery Services<br>7330 W 33rd Street N, #118<br>Wichita, KS 67205-9370 | American Recovery Service<br>A Patrick K. Willis Company<br>PO Box 4917<br>El Dorado Hills, CA 95762-0026 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Michael J. Bargar<br>Rountree Leitman Klein & Geer LLC<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329-4435 |
| Bay Area Credit Service LLC<br>4145 Shackleford Rd, Ste 330B<br>Norcross, GA 30093-3541 | Susan S. Blum<br>Ginsberg Law Offices, P.C.<br>1854 Independence Square<br>Atlanta, GA 30338-5150 | Brian Reese<br>25 Gum Creek Landing<br>Oxford, GA 30054-2743 |
| Capital One Auto Finance<br>CB Disputes Team<br>PO Box 259407<br>Plano, TX 75025-9407 | Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Cherice A. Tadday, Esq.<br>Roosen, Varchetti & Olivier<br>PO Box 1186<br>Smyrna, GA 30081-1186 | ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Suite 100<br>Woodberry, MN 55125-1703 | Children's Healthcare of Atl.<br>PO Box 116210<br>Atlanta, GA 30368-6210 |
| Concussion Institute<br>Northside Hospital Gwinnett<br>1000 Medical Center Blvd<br>Lawrenceville, GA 30046-7694 | Credence Resource Management<br>4222 Trinity Mills Rd, Ste 260<br>Dallas, TX 75287-7666 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| Darnell Quick Recovery Inc.<br>PO Box 2416<br>Covington, GA 30015-7416 | Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Equifax Credit Info. Services<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>701 Experian Pkwy<br>Box 2002<br>Allen, TX 75013-3715 | (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Gwinnett Co Fire & Emergency<br>408 Hurricane Shoals Rd, NE<br>Lawrenceville, GA 30046-4406 | Gwinnett Co Fire & Emergency<br>PO Box 935335<br>Atlanta, GA 31193-5335 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 1269<br>Greenville, SC 29602-1269 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| Richard B. Maner<br>Richard B. Maner, P.C.<br>Suite 200<br>180 Interstate N Parkway<br>Atlanta, GA 30339-2106 | NC Financial<br>175 W. Jackson Blvd, Ste 1000<br>Chicago, IL 60604-2863 | NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044-2308 |
| NGRCA<br>224 North Hamilton Street<br>Dalton, GA 30720-4214 | National Arbitration Forum<br>PO Box 50191<br>Minneapolis, MN 55405-0191 | National Medical Administrator<br>PO Box 924047<br>Norcross, GA 30010-4047 |
| Northside Hospital<br>1001 Summit Blvd<br>First Floor<br>Atlanta, GA 30319-6421 | Northside Hospital<br>P.O. Box 101757<br>Atlanta, GA 30392-1757 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Piedmont Newton Hospital<br>5126 Hospital Dr NE<br>Covington, GA 30014-2566 | (p)PLAZA SERVICES  LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Amber Nicole Reese<br>1100 Billy McGee Road<br>Lawrenceville, GA 30045-7922 | Select Portfolio Servicing Inc<br>3217 S. Decker Lake Dr<br>Salt Lake City, UT 84119-3284 | Sibley Heart Center Cardiology<br>202 Village Center Pkwy<br>Stockbridge, GA 30281-9044 |
| Summit Radiology Services<br>PO Box 200096<br>Cartersville, GA 30120-9002 | (p)TELECHECK SERVICES INC<br>P O BOX 6806<br>HAGERSTOWN MD 21741-6806 | TransUnion Consumer Solutions<br>PO Box 2000<br>Chester, PA 19016-2000 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | DIRECTV<br>P.O. Box 6550<br>Englewood, CO 80155-6550 | First National Bank<br>500 E 60th St N<br>Sioux Falls, SD 57104 |
| Georgia Department of Revenue<br>Bankruptcy Group<br>P.O. Box 161108<br>Atlanta, GA 30321 | Plaza Services, LLC<br>110 Hammond Dr, Ste 110<br>Atlanta, GA 30328 | Portfolio Recovery Associates<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |

TeleCheck Services, Inc.
6200 South Quebec Street
Suite 430
Greenwood Village, CO 80111

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SELECT PORTFOLIO SERVICING INC

End of Label Matrix
Mailable recipients    48
Bypassed recipients     1
Total                  49